**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------x
BYRON BREEZE, JR.,
*on behalf of himself and all others*
*similarly situated*,

    Plaintiff,

  v.

3232 HOTEL LLC,
*a New York limited liability company*,

    Defendant.
-----------------------------------------------------X

CASE NO.: 1:20-cv-04270-AJN

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, BYRON BREEZE, JR. by and through undersigned counsel, hereby files this Notice of Voluntary Dismissal with Prejudice as to defendant 3232 HOTEL LLC.

DATED: Garden City, New York
   <u>  July 9         </u>, 2020

        Respectfully submitted,

        **Bashian & Papantoniou, P.C.**
        *Attorneys for Plaintiff*
        500 Old Country Road, Ste. 302
        Garden City, NY 11530
        Tel: (516) 279-1554
        Fax: (516) 213-0339

        *By:* */s/ Erik M. Bashian*
        **ERIK M. BASHIAN, ESQ.**
        eb@bashpaplaw.com

12